# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **DR. JEFFREY G. NEAL,** | ) | |
| Plaintiff, | ) ) ) | Case No. 1:23CV00021 |
| v. | ) ) ) | **FINAL ORDER** |
| **CYNTHIA A. NEAL,** | ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

For the reasons stated in the opinion entered herewith, it is **ORDERED** that this action is remanded to the Circuit Court of Washington County, Virginia.

The Clerk shall close the case.

ENTER: December 13, 2023

/s/  JAMES P. JONES
Senior United States District Judge